IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| CHEAPSIDE MINERALS, LTD., ET AL., | § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | CIVIL ACTION NO. 6:23-cv-34 |
| DEVON ENERGY PRODUCTION COMPANY, L.P. (f/k/a GEOSOUTHERN DEWITT PROPERTIES, LLC), ET AL., | § § § § § | |
| *Defendants*. | § § | |

## DEVON ENERGY PRODUCTION COMPANY, L.P.'S NOTICE OF APPEAL

Devon Energy Production Company, L.P. ("Devon") gives notice of its intent to appeal to the United States Court of Appeals for the Fifth Circuit the Order on Motion to Remand that was entered on October 6, 2023, in the above-styled action. Devon files this appeal pursuant to 28 U.S.C. §1291.

Devon has also filed a Petition for Permission to Appeal the Order on Motion to Remand, pursuant to 28 U.S.C. §1453(c)(1) and Federal Rule of Appellate Procedure 5. Devon contends that appellate jurisdiction exists under both provisions and will defer to the Court to determine which is the most appropriate procedural vehicle to resolve the issues presented. Granting the petition for permissive review, and abating this appeal as of right, however, would enable the CAFA issues that are the subject of both appeals to be resolved on the accelerated timetable that CAFA contemplates. Whichever the case, Devon prays that the Court ensure that the CAFA issues be addressed in one matter or the other.

4892-5206-8999

Respectfully submitted,

SCOTT DOUGLASS & McCONNICO LLP
303 Colorado Street, Suite 2400
Austin, Texas 78701
512.495.6300 Telephone
512.495.6399 Fax

By:   /s/ *Christopher D. Sileo*
      Christopher D. Sileo, Attorney-in-Charge
      State Bar No. 24027977
      Southern District No. 31990
      csileo@scottdoug.com
      D. Davin McGinnis
      State Bar No. 24026831
      Southern District No. 1572803
      dmcginnis@scottdoug.com
      Amy Lee Dashiell
      State Bar No. 90001564
      Southern District No. 24598
      adashiell@scottdoug.com
      Anthony Arguijo
      State Bar No. 24079781
      Southern District No. 2147699
      aarguijo@scottdoug.com

ATTORNEYS FOR DEVON ENERGY
PRODUCTION COMPANY, L.P.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served upon counsel of record on October 16, 2023 via the ECF/CM system.

| | |
|---|---|
| Crain & Sheppard<br>Michael A Sheppard<br>msheppard@crainandsheppard.com<br>106 S. Gonzales St.<br>Cuero, TX 77954<br><br>Cullen, Carsner, Sheriden & Cullen<br>Kevin D. Cullen<br>kcullen@cullenlawfirm.com<br>119 S. Main<br>Victoria, TX 77902<br><br>McGinnis Lochridge<br>Jorden K. Mullins<br>Ian Davis<br>jmullins@mcginnislaw.com<br>idavis@mcginnislaw.com<br>1111 W. 6th St., Suite 400<br>Austin, TX 78703<br><br>**COUNSEL FOR PLAINTIFFS** | Beck Redden LLP<br>David Jones<br>Amy Parker Beeson<br>Madison Young<br>djones@beckredden.com<br>abeeson@beckredden.com<br>myoung@beckredden.com<br>1221 McKinney St., Suite 4500<br>Houston, TX 77010<br><br>**COUNSEL FOR BPX**<br><br>DAVIS GERALD & CREMER, P.C.<br>Robert G. Hargrove<br>LISA PAULSON<br>515 Congress, Suite 1510<br>Austin, TX 78701<br>rghargrove@dgclaw.com<br>lapaulson@dgclaw.com<br><br>**COUNSEL FOR GEOSOUTHERN** |

                                                                   /s/ Christopher D. Sileo
                                                                   Christopher D. Sileo